

SO ORDERED.
SIGNED_____August 9, 2010_____

STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE

FILED
AUG - 9 2010
J. BARRY DUNFORD, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| IN THE MATTER OF: | } |
| | } |
| SATER, INC. | } |
| F/D/B/A TAYLOR RENTAL CENTER | } CASE NO. 10-BK- 12088 |
| D/B/A SAVAGE RENTAL | } |
| | } |
| DEBTOR | } CHAPTER 11 |

### Order Fixing Deadline (Bar Date) for Filing Proof of Claim

The motion (the "Motion") of Sater, Inc., f/d/b/a Taylor Rental Center d/b/a Savage Rental (the "Debtor") for an order fixing a deadline (the "Bar Date") for the filing of proofs of claim for unscheduled claims, and claims scheduled as disputed, contingent or unliquidated, and the claims in amounts different from that listed in the Debtor's bankruptcy schedules was filed with the Clerk of the Bankruptcy Court and a notice (the "Notice") of the Motion was served on the United States Trustee and all parties in interest pursuant to the master mailing matrix maintained by the Clerk of the United States Bankruptcy Court. There were no objections to or request for hearing on the Motion.

Based on the foregoing, notice having been proper and appropriate, and good cause appearing, it is ORDERED:

(1)  That the Motion is approved;

(2)  That all creditors with claims not listed in the Debtor's bankruptcy schedules, or with claims scheduled as disputed, contingent or unliquidated, or with claims in amounts

different from that listed in the Debtor's bankruptcy schedules must file proofs of claim along with the proper documentation no later than ___October 22___ 2010, _5:00 PM_ in order for any such claim holder to participate in the above-captioned chapter 11 case in any regard, including voting on any proposed plan of reorganization **and the distribution**;

(3) That the form of the Bar Date Notice shall be substantially in the form of Exhibit 1 attached hereto; and

(4) That the failure of any creditor with a claim as described above to timely file a proof of claim pursuant to this order shall forever bar such creditor from participating in the above-captioned chapter 11 case with respect to voting on any proposed plan of reorganization and distribution under a plan, or in any other regard. Nonetheless, the holder of any such unfiled claim shall be bound by the terms of any plan of reorganization confirmed by the Court in the above-captioned case. In the event the above-captioned case is converted to a case under chapter 7 of the Bankruptcy Code, creditors in any such case shall have additional time to file claims as provided by the Federal Rules of Bankruptcy Procedure

###

This order was prepared and is being submitted by:
Robert W. Raley, La. Bar No. 11082
290 Benton Road Spur
Bossier City, LA 71111
Telephone: 318-747-2230
Fax: 318-747-0106
**Attorney for Debtor and Debtor-in-Possession**

COPY SENT
Date: 8/10/2010
By: pp
To: BNC to Notice;
all parties
per me/rh